IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
JAN 18 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>ONE RESIDENCE AND ONE VEHICLE ASSOCIATED WITH GIOVANNI ANTONIO VILLAREAL. | ORDER ON MOTION TO UNSEAL SEARCH AND SEZIURE WARRANTS AND ALL RELATED FILINGS<br><br>CASE NO. 1:17-SW-00372 SAB<br><br>*(matter previously and erroneously assigned Case No. 1:17-MJ-00210 SAB)* |

The search and seizure warrants, affidavits and all related filings in support of the above-referenced search and seizure warrants, having previously been sealed by orders of this Court, and it appearing that the search and seizure warrants, affidavits and all related filings no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search and seizures warrants, affidavits and all related filings in support of the search and seizure warrants herein be unsealed and made public record.

DATED: January 18, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Order to Unseal        1